UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-60328-CIV-COHN

CHUKWUMA E. AZUBUKO,

    Plaintiff,

v.

COMMISSIONER OF POLICE FOR THE
CITY OF CAMBRIDGE - MASSACHUSETTS &
CAMBRIDGE DISTRICT COURT FOR
MASSACHUSETTS,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR "RELIEF FROM JUDGMENT OR ORDER" [FRCP 60]

**THIS CAUSE** is before the Court upon Plaintiff Chukwuma E. Azubuko's Motion for "Relief from Judgment or Order" [FRCP 60] [DE 14]. The Court has carefully considered the Motion and the record in this case, and is otherwise fully advised in the premises.

Rule 60(b) provides as follows:

On motion and just terms, the court may relieve a party . . . from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released or discharged; it is based on

an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b). Mr. Azubuko's Motion demonstrates none of these bases.

Further, a Rule 60(b) motion must be filed "within a reasonable time–and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c). The Court entered its Final Order of Dismissal [DE 8] in this case on November 10, 2004, well over 6 years ago. Mr. Azubko's Motion is dated April 5, 2011. Therefore, the Motion was by no means filed "within a reasonable time." See Fed. R. Civ. P. 60(c). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff Chukwuma E. Azubuko's Motion for "Relief from Judgment or Order" [FRCP 60] [DE 14] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of April, 2011

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Chukwuma E. Azubuko, *pro se*
P.O. Box 171121
Boston, MA 02117

2